NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1109

FRANK T. SHUM,

Plaintiff-Appellant,

v.

INTEL CORPORATION, JEAN-MARC VERDIELL,
and LIGHTLOGIC, INC.,,

Defendants-Appellees.

- - - - - - - - - - - - - - - - - - - - - -

2009-1385, -1419

FRANK T. SHUM,

Plaintiff-Appellant,

v.

INTEL CORPORATION, JEAN-MARC VERDIELL,
and LIGHTLOGIC, INC.,,

Defendants-Appellees.

Appeals from the United States District Court for the Northern District of California in case no. 02-CV-3262, Senior Judge Lowell Jensen.

ON MOTION

O R D E R

Frank T. Shum moves to consolidate 2010-1109, Shum v. Intel Corp., and 2009-1385, -1419, Shum v. Intel Corp., and for leave to file a consolidated joint appendix. Shum also moves without opposition for a 7-day extension of time, until April 12, 2010, to file his reply brief in 2010-1109.

Shum states that both appeals originated from the same district court proceeding. However, because briefing is near completion, it is too late to consolidate the cases. The court will treat the cases as companion cases for purposes of oral argument. The court grants Shum's motion to file a consolidated joint appendix for the appeals.

Accordingly,

IT IS ORDERED THAT:

(1)    Shum's motion to consolidate is granted to the limited extent that the cases will be treated as companion cases to be argued consecutively before the same merits panel. A copy of this order will be transmitted to the merits panel.

(2)    Shum's motion for leave to file a consolidated joint appendix is granted. The consolidated joint appendix for 2009-1385, -1419 and 2010-1109 is due within seven days of the service of the reply brief in 2010-1109.

(3)    Shum's motion for an extension of time to file its reply brief in 2010-1109 is granted.

FOR THE COURT

APR 0 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Paul F. Kirsch, Esq.
       William F. Lee, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2010

JAN HORBALY
CLERK

2010-1109, 2009-1385, -1419                    2